UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CALDERON,<br><br>        Plaintiff,<br><br>    v.<br><br>PERLA CALDERON, et al.,<br><br>        Defendants. | Case No.17-cv-01432-JSC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Jose Calderon, proceeding pro se, brings this action against Defendants Perla Calderon, Yolanda Guttierez, and Alberto Gallegos. The Court previously granted Plaintiff's application to proceed in forma pauperis and reserved to a later time evaluation of the Complaint under 28 U.S.C. § 1915. (Dkt. No. 4.) However, both the Court's Order granting in forma pauperis status and a copy of the form for consenting or declining to consent to the jurisdiction of a magistrate judge have since been returned to the Court as undeliverable. (Dkt. Nos. 5 & 7.) Plaintiff is required to keep the Court informed of his address. *See* Civil L.R. 3-11. The Court may dismiss an action without prejudice if mail is returned as undeliverable and the party does not provide a current address within 60 days. *See* Civil L.R. 3-11(b). Accordingly, Plaintiff shall advise the Court of his current address by July 10, 2017 or this action will be dismissed without prejudice.

The Clerk shall serve this Order on Plaintiff at his last known address of Jose Calderon, 559 Jefferson, Oakland, California 94621.

**IT IS SO ORDERED.**

Dated: May 18, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CALDERON,<br><br>    Plaintiff,<br><br>v.<br><br>PERLA CALDERON, et al.,<br><br>    Defendants. | Case No. 17-cv-01432-JSC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on May 18, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Calderon
559 Jefferson
Oakland, CA 94621


Dated: May 18, 2017

                                    Susan Y. Soong
                                    Clerk, United States District Court

                                    By:_____
                                    Ada Means, Deputy Clerk to the
                                    Honorable JACQUELINE SCOTT CORLEY